# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

## PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:    Jason K Jump              Case No.  1-25-12467
                                     Chapter   13

**Debtor(s)**

*Please check the appropriate box.*

**For Debtor:**

☒  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

**For Joint Debtor, if applicable:**

☐  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor:  /s/ Jason K Jump                    Date:  November 25, 2025

March 2006

County of Juneau
220 East State Street
Mauston, WI 53948
(608) 847-9310

Date
10/24/2025

**THIS IS NOT A CHECK**

Pay: ZERO AND XX / 100

Amount
0.00

To the order of:
Jason Jump
W5178 S Osprey Dr
New Lisbon, WI 53950

Employee: Jump, Jason - 1230
Check Date: 10/24/2025

Department: 27
Period Range: 9/27/2025 - 10/10/2025

Check Amount: 0.00

| PAY CODES | HOURS | RATE | CURRENT | YTD | Deductions | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 76.00 | 24.46000 | 1,858.96 | 30,422.18 | Aflac Dental | 37.57 | 525.38 |
| Overtime - Dispatch | 8.00 | 36.69000 | 293.52 | 8,913.87 | Aflac ST Disability | 41.21 | 576.94 |
| Shift Differential | | | 16.80 | 128.20 | Federal Income Tax | 159.31 | 3,395.24 |
| Holiday Pay | | | | 765.44 | FICA Employee Portion | 132.17 | 2,572.80 |
| Sick Pay | | | | 644.22 | Life Ins | 0.00 | 32.64 |
| Vacation Pay | | | | 1,148.16 | Spouse/Dep Ins | 0.00 | 12.80 |
| Total | 84.00 | | 2,169.28 | 42,022.07 | Medicare Employee Portion | 30.91 | 601.70 |
| | | | | | Pretax Retirement Contribution | 150.76 | 2,920.50 |
| | | | | | WI Income Tax | 87.75 | 1,747.30 |
| ACCRUALS | BEGINNING | ACCRUED | ADJ | USED | BALANCE | | |
| | | | | | Total | 639.68 | 12,385.30 |
| Comp Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Sick- Dispatch | 69.00 | 6.00 | 0.00 | 0.00 | 75.00 | | |
| Vacation- Dispatch | 48.00 | 0.00 | 0.00 | 0.00 | 48.00 | Benefits | CURRENT | YTD |
| Sick Catastrophic | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | FICA Employer Portion | 132.17 | 2,572.80 |
| Floating Holiday Dispatch FT | 12.00 | 0.00 | 0.00 | 0.00 | 12.00 | Life Insurance Benefit | 0.00 | 6.56 |
| Total | 129.00 | 6.00 | 0.00 | 0.00 | 135.00 | Medicare Employer Portion | 30.91 | 601.70 |
| | | | | | Retirement Benefit | 150.76 | 2,920.50 |
| DIRECT DEPOSITS | | | CURRENT | YTD | Total | 313.84 | 6,101.56 |
| DD BMO Harris Bank | | | 1,529.60 | 29,636.77 | | | |
| Total | | | 1,529.60 | 29,636.77 | | | |

| PAYCHECK SUMMARY | | |
|---|---|---|
| Gross Pay | | 2,169.28 |
| Deductions | | 639.68 |
| Net Pay | | 1,529.60 |

County of Juneau
220 East State Street
Mauston, WI 53948
(608) 847-9310

Date
10/10/2025

**THIS IS NOT A CHECK**

Pay: ZERO AND XX / 100

**Amount**
0.00

To the order of:
Jason Jump
W5178 S Osprey Dr
New Lisbon, WI 53950

Employee: Jump, Jason - 1230
Check Date: 10/10/2025
Department: 27
Period Range: 9/13/2025 - 9/26/2025
Check Amount: 0.00

| PAY CODES | HOURS | RATE | CURRENT | YTD | Deductions | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 76.00 | 24.46000 | 1,858.96 | 28,563.22 | Aflac Dental | 37.57 | 487.81 |
| Overtime - Dispatch | 8.00 | 36.69000 | 293.52 | 8,620.35 | Aflac ST Disability | 41.21 | 535.73 |
| Shift Differential | | | 16.80 | 111.40 | Federal Income Tax | 159.31 | 3,235.93 |
| Holiday Pay | | | | 765.44 | FICA Employee Portion | 132.17 | 2,440.63 |
| Sick Pay | | | | 644.22 | Life Ins | 4.08 | 32.64 |
| Vacation Pay | | | | 1,148.16 | Spouse/Dep Ins | 1.60 | 12.80 |
| Total | 84.00 | | 2,169.28 | 39,852.79 | Medicare Employee Portion | 30.91 | 570.79 |
| | | | | | Pretax Retirement Contribution | 150.76 | 2,769.74 |
| ACCRUALS | BEGINNING | ACCRUED | ADJ | USED | BALANCE | WI Income Tax | 87.75 | 1,659.55 |
| Comp Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Total | 645.36 | 11,745.62 |
| Sick- Dispatch | 63.00 | 6.00 | 0.00 | 0.00 | 69.00 | | | |
| Vacation- Dispatch | 48.00 | 0.00 | 0.00 | 0.00 | 48.00 | Benefits | CURRENT | YTD |
| Sick Catastrophic | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | FICA Employer Portion | 132.17 | 2,440.63 |
| Floating Holiday Dispatch FT | 12.00 | 0.00 | 0.00 | 0.00 | 12.00 | Life Insurance Benefit | 0.82 | 6.56 |
| Total | 123.00 | 6.00 | 0.00 | 0.00 | 129.00 | Medicare Employer Portion | 30.91 | 570.79 |
| | | | | | | Retirement Benefit | 150.76 | 2,769.74 |
| DIRECT DEPOSITS | | | CURRENT | YTD | Total | 314.66 | 5,787.72 |
| DD BMO Harris Bank | | | 1,523.92 | 28,107.17 | | | |
| Total | | | 1,523.92 | 28,107.17 | | | |

| PAYCHECK SUMMARY | |
|---|---|
| Gross Pay | 2,169.28 |
| Deductions | 645.36 |
| Net Pay | 1,523.92 |

County of Juneau
220 East State Street
Mauston, WI 53948
(608) 847-9310

**Date**
9/26/2025

**THIS IS NOT A CHECK**

Pay: ZERO AND XX / 100

**Amount**
0.00

To the order of:
Jason Jump
W5178 S Osprey Dr
New Lisbon, WI 53950

| Employee: Jump, Jason - 1230 | | | | | Department: 27 | | | | Check Amount: 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| **Check Date:** 9/26/2025 | | | | | **Period Range:** 8/30/2025 - 9/12/2025 | | | | |
| **PAY CODES** | **HOURS** | **RATE** | | **CURRENT** | **YTD** | **Deductions** | | **CURRENT** | **YTD** |
| Regular Pay | 64.00 | 24.46000 | | 1,565.44 | 26,704.26 | Aflac Dental | | 37.57 | 450.24 |
| Overtime - Dispatch | 28.00 | 36.69000 | | 1,027.32 | 8,326.83 | Aflac ST Disability | | 41.21 | 494.52 |
| Holiday Pay | 8.00 | 24.46000 | | 195.68 | 765.44 | Federal Income Tax | | 243.46 | 3,076.62 |
| Shift Differential | | | | 16.80 | 94.60 | FICA Employee Portion | | 171.60 | 2,308.46 |
| Sick Pay | | | | | 644.22 | Life Ins | | 0.00 | 28.56 |
| Vacation Pay | | | | | 1,148.16 | Spouse/Dep Ins | | 0.00 | 11.20 |
| **Total** | 100.00 | | | 2,805.24 | 37,683.51 | Medicare Employee Portion | | 40.13 | 539.88 |
| | | | | | | Pretax Retirement Contribution | | 194.96 | 2,618.98 |
| **ACCRUALS** | **BEGINNING** | **ACCRUED** | **ADJ** | **USED** | **BALANCE** | WI Income Tax | | 122.88 | 1,571.80 |
| Comp Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **Total** | | **851.81** | **11,100.26** |
| Sick- Dispatch | 57.00 | 6.00 | 0.00 | 0.00 | 63.00 | | | | |
| Vacation- Dispatch | 48.00 | 0.00 | 0.00 | 0.00 | 48.00 | **Benefits** | | **CURRENT** | **YTD** |
| Sick Catastrophic | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | FICA Employer Portion | | 171.60 | 2,308.46 |
| Floating Holiday Dispatch FT | 12.00 | 0.00 | 0.00 | 0.00 | 12.00 | Life Insurance Benefit | | 0.00 | 5.74 |
| **Total** | 117.00 | 6.00 | 0.00 | 0.00 | 123.00 | Medicare Employer Portion | | 40.13 | 539.88 |
| | | | | | | Retirement Benefit | | 194.96 | 2,618.98 |
| **DIRECT DEPOSITS** | | | | **CURRENT** | **YTD** | **Total** | | **406.69** | **5,473.06** |
| DD BMO Harris Bank | | | | 1,953.43 | 26,583.25 | | | | |
| **Total** | | | | 1,953.43 | 26,583.25 | | | | |
| **PAYCHECK SUMMARY** | | | | | | | | | |
| Gross Pay | | | | | 2,805.24 | | | | |
| Deductions | | | | | 851.81 | | | | |
| Net Pay | | | | | 1,953.43 | | | | |

County of Juneau  
220 East State Street  
Mauston, WI 53948  
(608) 847-9310

**Date**  
9/12/2025

**THIS IS NOT A CHECK**

Pay: ZERO AND XX / 100

**Amount**  
0.00

To the order of:  
Jason Jump  
W5178 S Osprey Dr  
New Lisbon, WI 53950

**Employee:** Jump, Jason - 1230  
**Check Date:** 9/12/2025  
**Department:** 27  
**Period Range:** 8/16/2025 - 8/29/2025  
**Check Amount:** 0.00

| PAY CODES | HOURS | RATE | CURRENT | YTD | Deductions | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 60.00 | 24.46000 | 1,467.60 | 25,138.82 | Aflac Dental | 37.57 | 412.67 |
| Overtime - Dispatch | 4.00 | 36.69000 | 146.76 | 7,299.51 | Aflac ST Disability | 41.21 | 453.31 |
| Shift Differential | | | 12.00 | 77.80 | Federal Income Tax | 164.24 | 2,833.16 |
| Vacation Pay | 24.00 | 24.46000 | 587.04 | 1,148.16 | FICA Employee Portion | 134.90 | 2,136.86 |
| Holiday Pay | | | | 569.76 | Life Ins | 4.08 | 28.56 |
| Sick Pay | | | | 644.22 | Spouse/Dep Ins | 1.60 | 11.20 |
| Total | 88.00 | | 2,213.40 | 34,878.27 | Medicare Employee Portion | 31.55 | 499.75 |
| | | | | | Pretax Retirement Contribution | 153.83 | 2,424.02 |
| ACCRUALS | BEGINNING | ACCRUED | ADJ | USED | BALANCE | WI Income Tax | 90.19 | 1,448.92 |
| Comp Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Total | 659.17 | 10,248.45 |
| Sick- Dispatch | 51.00 | 6.00 | 0.00 | 0.00 | 57.00 | | | |
| Vacation- Dispatch | 72.00 | 0.00 | 0.00 | 24.00 | 48.00 | Benefits | CURRENT | YTD |
| Sick Catastrophic | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | FICA Employer Portion | 134.90 | 2,136.86 |
| Floating Holiday Dispatch FT | 12.00 | 0.00 | 0.00 | 0.00 | 12.00 | Life Insurance Benefit | 0.82 | 5.74 |
| Total | 135.00 | 6.00 | 0.00 | 24.00 | 117.00 | Medicare Employer Portion | 31.55 | 499.75 |
| | | | | | | Retirement Benefit | 153.83 | 2,424.02 |
| DIRECT DEPOSITS | | | | CURRENT | YTD | Total | 321.10 | 5,066.37 |
| DD BMO Harris Bank | | | | 1,554.23 | 24,629.82 | | | |
| Total | | | | 1,554.23 | 24,629.82 | | | |

| PAYCHECK SUMMARY | |
|---|---|
| Gross Pay | 2,213.40 |
| Deductions | 659.17 |
| Net Pay | 1,554.23 |